# EXHIBIT "A"

**DECLARATION OF IMELDA BALANGA CADIZ AND FERNANDO P. CADIZ IN
SUPPORT OF MOTION TO EXTINGUISH SECOND POSITION LIEN OF SELECT
PORTFOLIO SERVICING, INC**

We, IMELDA BALANGA CADIZ AND FERNANDO P. CADIZ, do hereby declare that
all of the following is true and correct to the best of our personal knowledge and if called upon as a
witness we could and would competently testify to the truthfulness of all of the below statements.

1.      We are the Debtors in the instant bankruptcy proceeding, case number 8:09-bk-209622- RK.
We filed bankruptcy to save our property located at 9092 Marchand Avenue, Garden Grove,
California 92841 ("The Property").

2.      The Property is worth no more than $330,000.00, based on a licensed California Appraiser's
Uniform Residential Appraisal Report reflecting current value (See Exhibit "D" to the Motion).
Attached To the Motion and incorporated as Exhibit "E" is the declaration of PETE L. PEREZ,
licensed California Appraiser, to that effect.

3.       The lien of the First Deed of Trust is currently held by LITTON LOAN SERVICING
(hereinafter "Litton"). (Attached to Motion and incorporated as Exhibit "B" is a true and correct
copy of the Deed of Trust which documents the instrument recording number for the First Deed
of Trust as 2006000320899, evidencing that it was recorded first in time). The amount owing on
the First Deed of Trust is at least $533,938.01, pursuant to the most recent mortgage statement
provided to us by Litton. (Attached hereto and incorporated herein as Exhibit "1" is a true and
correct copy of the October Mortgage Statement). A Proof of Claim has not been filed by Litton
in this case.  (Attached hereto and incorporated herein as Exhibit "3" is a true and correct copy of
the Claims Register in the instant case).

4.      The Second Deed of Trust is currently held by SELECT PORTFOLIO SERVICING, INC.,
(hereinafter "SPS"). (Attached to the Motion and incorporated as Exhibit "C" is a true and correct
copy of the Deed of Trust which documents the instrument recording number for the Second
Deed of Trust as 2006000320900, evidencing that it was recorded subsequent to the First Deed of
Trust).  The amount owing on the Second Trust Deed is $133,767.62, pursuant to the most recent
mortgage statement provided to us by SPS. (Attached hereto and incorporated as Exhibit "2" is a

true and correct copy of the September Mortgage Statement). A Proof of Claim has not been filed by SPS in this case. (See Exhibit "3").

We declare under penalty of perjury under the laws of the State of California and United States that the foregoing is true and correct.

Executed on December 4, 2009 at Anaheim Hills, California.

IMELDA BALANGA CADIZ

FERNANDO P. CADIZ

# EXHIBIT "1"

# LLS ™ Litton Loan Servicing

SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387

26735-009761-002

IMELDA CADIZ
FERNANDO CADIZ JR JR
9092 MARCHAND AVE
GARDEN GROVE CA 92841-2033

## MONTHLY STATEMENT

| | |
|---|---|
| STATEMENT DATE | 10/15/2008 |
| LOAN NUMBER | 0017058538 |
| **CONTRACTUAL PAYMENT DATE** | **09/01/2007** |

PROPERTY ADDRESS:   9092 Marchand Avenue
                    Garden Grove CA 92841

| | |
|---|---|
| PRINCIPAL AND INTEREST | 3,263.99 |
| ESCROW AMOUNT | 0.00 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL MONTHLY PAYMENT** | **3,263.99** |

## PAYMENT OPTIONS

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union** WESTERN
Code City:   Litton
Code State:  Texas

## LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 533,938.01 |
| ESCROW BALANCE | -6,441.43 |
| SUSPENSE BALANCE | 0.00 |
| CURRENT INTEREST RATE | 6.9900 |

* This is not a payoff balance.

Refer to back of statement for additional information.

## TRANSACTIONS SINCE LAST STATEMENT

| TRANSACTION DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE / FEE OTHER |
|---|---|---|---|---|---|---|
| | | | | | | |

We are unable to display any transactions that may have occurred since the last statement date at this time.

## IMPORTANT MESSAGES

If you are not obligated on the debt or if the debt has been discharged in a bankruptcy proceeding, this is for informational purposes only and is not an attempt to assess or collect the debt from you personally.

4/4-20M6-U/08H-

⇩  TEAR HERE  ⇩

# EXHIBIT "2"

**S P S** SERVICING, *inc.*

P.O. Box 65250, Salt Lake City, UT 84165-0250

**MONTHLY MORTGAGE STATEMENT**

Statement Date:                                09/17/08

*Customer Service*
Monday - Friday
Saturday
*For other important contact information see the reverse side*

**1-800-258-8602**
7:00AM - 8:00PM ET
8:00AM - 12:00PM ET

| | |
|---|---|
| Loan Due Date: [2] | 09/01/07 |
| Principal & Interest: | $1,242.85 |
| Taxes & Insurance: | $.00 |
| Regular Monthly Payment: | $1,242.85 |
| Past Due Payments: | $16,157.05 |

#BWNJXZF
Imelda Cadiz
Fernando Cadiz Jr Jr
9092 Marchand Ave
Garden Grove CA 92841-2033

7485

IlluuliltluluulilluullluulilluuliIul

| A) **This Month's Payment:** | | $17,399.90 |
|---|---|---|
| **Payment Due Date:** | | 10/01/08 |

## LOAN INFORMATION

**Property Address:**   9092 MARCHAND AVE
                        GARDEN GROVE CA 92841

**Loan Number:** 0009660515   **Current Interest Rate:** 10.990%

| YTD Interest Paid | YTD Taxes Paid | YTD Principal Paid |
|---|---|---|
| $.00 | $.00 | $.00 |

| Current Principal Balance[1] | Taxes & Insurance |
|---|---|
| $133,767.62 | $.00 |

If you have any questions regarding your loan or this statement, please call 1-800-258-8602.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at www.spservicing.com or by calling the Customer Service number shown above.

| | New This Period | Balance |
|---|---|---|
| Expenses Pd by Servicer [3] | $13.85 | $154.25 |
| Late Charges | $.00 | $186.42 |
| Other Fees | (1.47) | $8.33 |
| B) **Total Additional Amounts Owed** | | $349.00 |
| C) **Total Amount Due** | | $17,748.90 |
| (A plus B = C) | | |

## ACTIVITY FROM 08/19/08 thru 09/17/08

| Date | Description | Prin Bal | Interest | Taxes & Insurance | Late Charges | Other Fees | Expenses Pd by Servicer | Total |
|---|---|---|---|---|---|---|---|---|
| 08/19 | BEG BALANCE | $133,767.62 | $15,913.03 | $0.00 | $186.42 | $6.86 | $140.40 | $150,014.33 |
| 09/02 | PROP INSPECTION[4] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.85 | 13.85 |
| 09/11 | INTEREST ON ADV | 0.00 | 0.00 | 0.00 | 0.00 | 1.47 | 0.00 | 1.47 |
| 09/17 | ENDING BALANCE | $133,767.62 | $15,913.03 | $0.00 | $186.42 | $8.33 | $154.25 | $150,029.65 |

## IMPORTANT MESSAGES

[1]This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the Statement Date noted above will be reflected on your next statement.

[2]Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

**Your account is now past due.** There are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding this statement at 1-888-818-6032.

[3]If there is a balance under Expenses Paid By Servicer, it means that we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

[4]Due to the delinquent status of your loan, **a property inspection and/or valuation report was ordered and you are responsible to reimburse us** for the amounts plus interest, which may be billed at the note rate.

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

Select Portfolio Servicing, Inc.

# EXHIBIT "3"

# Central District Of California
## Claims Register

### 8:09-bk-20962-RK Imelda Balanga Cadiz and Fernando P Cadiz

| | |
|---|---|
| **Judge:** Robert N. Kwan | **Chapter:** 13 |
| **Office:** Santa Ana | **Last Date to file claims:** 02/17/2010 |
| **Trustee:** Amrane Cohen | **Last Date to file (Govt):** 04/12/2010 |

| Creditor:      (25051846)<br>Orange County Treasurer-Tax Collector<br>PO Box 1438<br>Santa Ana, CA 92702 | Claim No: 4<br>Original Filed<br>Date: 11/13/2009<br>Original Entered<br>Date: 11/13/2009 | Status:<br>Filed by: CR<br>Entered by: Rodgers, R<br>Modified: |
|---|---|---|

Secured claimed: $18117.22

Total   claimed: $18117.22

History:
Details   4-1   11/13/2009 Claim #4 filed by Orange County Treasurer-Tax Collector, total amount claimed:
$18117.22 (Rodgers, R )

Description: (4-1) Pre Petition 2009 Real Property Taxes

Remarks: (4-1) BK0901040

## Claims Register Summary

**Case Name:** Imelda Balanga Cadiz and Fernando P Cadiz
**Case Number:** 8:09-bk-20962-RK
**Chapter:** 13
**Date Filed:** 10/12/2009
**Total Number Of Claims:** 1

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| Unsecured | | |
| Secured | $18117.22 | |
| Priority | | |
| Unknown | | |
| Administrative | | |
| Total | $18117.22 | $0.00 |